IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Andy Peter Kinne
Bari Elizabeth Kinne
        Debtors

Bankruptcy No. 15-18776
Judge Bruce W. Black (Joliet)
Chapter: 13

## NOTICE OF MOTION

TO:    Andy Peter Kinne, 648 W. Briarcliff Road, Bolingbrook, IL 60440
        Bari Elizabeth Kinne, 648 W. Briarcliff Road, Bolingbrook, IL 60440
        Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
        Charles L. Magerski, 900 Jorie Boulevard, Suite 150, Oak Brook, IL 60523
        Patrick S. Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604

      Please take notice on February 19, 2016 at 10:00 a.m., I shall appear before the Honorable Bruce W. Black, in 2nd Floor, Joliet City Hall, 150 West Jefferson Street, Joliet, Illinois 60432, and present the attached motion at which time you may appear if you wish.

                                      /s/ Kenneth W. Bach
                                      Kenneth W. Bach,  IL ARDC #6295816

## CERTIFICATE OF SERVICE

I, Kenneth W. Bach, an attorney certify that I served the attached motion by mailing a copy to the Debtors at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on or before 5:00 p.m. on February 2, 2016.  The remaining parties were served by the CM/ECF electronic noticing system.

                                      /s/ Kenneth W. Bach
                                      Kenneth W. Bach,  IL ARDC #6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Andy Peter Kinne
Bari Elizabeth Kinne
     Debtors

Bankruptcy No. 15-18776
Judge Bruce W. Black
Chapter: 13

## **MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

NOW COMES U.S. Bank National Association (hereinafter "Movant"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The Movant, a party in interest, holds a Mortgage dated March 18, 2009 on the property located at 648 W. Briarcliff Road, Bolingbrook, Illinois 60440, in the original amount of $248,900.00. (A copy of the Note, Mortgage and Certification of Merger are attached as Exhibit A, B and C respectively and incorporated herein by reference).

2. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

3. The above-captioned Chapter 13 case was filed on May 28, 2015 and the Debtors' Plan was confirmed on September 25, 2015.

4. The confirmed plan provides for the Debtors to surrender the subject property.

5. Notwithstanding the surrender language in the plan, as of January 20, 2016, the Debtors have failed to maintain post-petition payments thereby accruing a default of 8 payments from June 1, 2015 through January 1, 2016 for a post-petition arrearage

total of $18,529.20 and any payments which come due and owing thereafter. A summary of the post-petition arrearage is as follows:

    June 1, 2015 to January 1, 2016, 8 payments at $2,316.15 each

6. The Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

7. The Movant has no adequate protection in that the Debtors are in material default under the terms of the note and mortgage, the plan proposes to surrender the subject property and there is little or no equity in the property.

8. That Movant is entitled to relief pursuant to 11 U.S.C. § 362(d).

9. The Movant requests waiver of 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3).

WHEREFORE, U.S. Bank National Association prays for the entry of an order modifying, annulling or terminating the Automatic Stay instanter to allow foreclosure, eviction, or any other action with respect to the Movant protecting its rights in the subject property as the Court deems appropriate and for such other relief as the Court deems just.

                                    /s/ Kenneth W. Bach
                                    Kenneth W. Bach, ARDC #6295816
                                    Attorney for U.S. Bank National Association

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE